IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00179-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANTHONY RASHAWN LANE, | |
| Defendant. | |

This matter comes before the court on Defendant's motion requesting a change of plea hearing [DE 41]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to schedule a change of plea hearing for the February 25, 2025, term of court. Any delay occasioned by granting Defendant's motion shall be excluded in computing his speedy trial time pursuant to 18 U.S.C. § 3161(h)(l)(D).

SO ORDERED this 5th day of February, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE